UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
RR, A MINOR, BY AND THROUGH HER
PARENTS, BMR AND KR,

      Plaintiff,

-against-

ACT, INC.,

      Defendant.

------------------------------------------------------- X

CIVIL ACTION NO. 12 CIV 0314

## DECLARATION OF SUSAN MICHAELSON, PH.D.

1. My name is Susan Michaelson. I am employed by ACT, Inc. ("ACT") as Manager, Test Accommodations within ACT's Test Administration and Accommodations group. As Manager of Test Accommodations, I have operational responsibility for the office that receives and processes requests for testing accommodations on the ACT test. I have personal knowledge of the facts set forth in this declaration and could testify competently thereto.

2. I have a Bachelor of Arts degree in Elementary Education from Texas Lutheran University. I have an M.A. from the University of Iowa in Rehabilitation Counseling, and a Ph.D. from the University of Iowa in Education, Rehabilitation Counselor Education.

3. ACT is a non-profit educational organization based in Iowa City, Iowa. ACT prepares and offers various standardized tests, one of which is the ACT test. The principal purpose of the ACT test is to aid institutions of higher education in making admission, scholarship, and placement decisions. ACT results are accepted by all 4-year colleges and universities in the U.S.

4. The ACT test is administered within the United States on six national test dates each year in September, October, December, February, April and June (except that there is not a standard February test administration date in New York).

5. ACT's office of Test Administration and Accommodations is responsible for implementing ACT's policy of providing test accommodations to individuals with documented disabilities under the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008 ("ADA"). A true and correct copy of the ACT Policy for Documentation to Support Requests for Test Accommodations on the ACT (No Writing) or ACT Plus Writing is attached as Exhibit A.

6. ACT grants reasonable test accommodations to examinees with disabilities as defined by the ADA. ACT denies any request for test accommodations that seeks modification of the standard conditions of test administration when the applicant has not provided documentation which establishes the existence of a condition or impairment that rises to the level of a disability as defined by the ADA. ACT does so to ensure that its testing program is fair for all examinees, and to protect the comparability and validity of ACT scores.

7. ACT reviews each examinee's request for test accommodations and supporting documentation to determine whether accommodations are warranted. When necessary in light of the nature of the claimed impairment, ACT consults with outside experts with expertise in the assessment, diagnosis, treatment and accommodation of the claimed disability to assist in determining whether the applicant has documented a substantial limitation in a major life activity and, if so, what test accommodations are appropriate. The independent professionals review the documentation submitted by individuals requesting accommodations and provide a written recommendation to ACT.

8. On or about August 16, 2011, ACT received a request for 50% extra time on the December 10, 2011 administration of the ACT Plus Writing from R.R., on the basis of a claimed cognitive disorder. ACT reviewed R.R.'s request and her accompanying documentation pursuant to its routine process for reviewing requests for testing accommodations. The review was conducted by an ACT employee with a Master's Degree in Education.

9. On September 8, 2011, ACT sent R.R. a letter informing her that ACT was unable to approve her request, and providing the reasons for ACT's decision. A true and correct copy of this letter is attached as Exhibit B.

10. On or about December 8, 2011, ACT received a reconsideration request from R.R., together with additional documentation. The new documentation included a new diagnosis in support of the accommodation request -- namely, a reading disorder -- in addition to the previously provided diagnosis of a cognitive disorder.

11. A different ACT employee reviewed R.R.'s request and supporting documentation in response to R.R.'s reconsideration request. This employee has a Master's Degree in Educational Psychology, with teaching certificate endorsements in Learning Disabilities, Emotional Maladjustment, and as a Reading Specialist.

12. On December 17, 2011, ACT sent R.R. a letter informing her that ACT was still unable to approve her request. Once again, ACT provided R.R. with detailed comments made by the individual who reviewed the request. A true and correct copy of this letter is attached as Exhibit C.

13. ACT received a letter dated January 11, 2011, from an attorney by the name of Charles Weiner, sent on behalf of R.R., requesting that ACT again reconsider R.R.'s request for testing accommodations.

14. ACT sent all of the documentation submitted by R.R. in support of her accommodation request and her reconsideration request to an outside expert consultant, Lawrence Lewandowski, Ph.D., for review at ACT's expense.

15. Dr. Lewandowski did not recommend extended time testing accommodations for R.R. By letter dated February 3, 2012, ACT provided R.R., her parents, and her attorney with Dr. Lewandowski's detailed comments. A true and correct copy of this letter is attached as Exhibit D.

16. According to ACT's records, approximately 399,100 individuals have registered to take the ACT exam on February 11, 2012, at more than 3,766 testing centers across the United States. ACT received and processed more than 4,600 requests for testing accommodations on the February 11, 2012 ACT examination.

17. When ACT approves a request for extra testing time as an accommodation for an individual with a documented physical or mental disability, several steps must be taken to administer the test in a non-standard format to that individual. These include making the necessary changes in ACT's computer system to reflect that accommodations have been approved; assigning the individual to an extended-time testing room at an existing test center that has available space; and shipping the test materials to the test center based on the assigned student count at that center. Test supervisors at the test centers print their final rosters on Wednesday prior to the test (in this case February 8, 2012). These steps typically take at least four to seven days to perform.

18. Individuals whose requests for accommodations on the ACT exam are denied always have the option of testing without accommodations, under standard test conditions. Many individuals elect to do so, including individuals who choose to test again on a later date

and to renew their requests for accommodations (often with supplemental documentation provided in support of their requests).

19.  According to ACT's records, R.R. is registered to take the ACT exam under standard testing conditions on February 11, 2012, at Dwight Morrow High School in Englewood, N.J. She is also registered to take the ACT exam on two subsequent national testing dates: she is registered to take the ACT exam on April 14, 2012, and again on June 9, 2012, in both instances at the City University of New York, Hunter College, in New York City.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2012.

*Susan Michaelson, Ph.D.*