EXHIBIT A

1

# Curriculum Vitae

January 2012

**Name:**            **Lawrence J. Lewandowski**

**Address:**         5122 Hardstone Road.  Jamesville, NY 13078

**Phone:**           315-443-1015

**E-mail:**          ljlewand@syr.edu

**Academic Unit**   Department of Psychology, Syracuse University

**Education**       Ph.D. Educational Psychology, University of Michigan (1978).
                    M.A.  Psychology, University of Michigan (1976)
                    B.A. Psychology, Northwestern University (1973)

**Specialization**  School Psychology; Clinical Neuropsychology

## Professional Employment

Present            Professor of Psychology, Syracuse University

2004-2007          Research Consultant, Physical Medicine and Rehabilitation, Upstate
                   Medical University

2001-Present       Clinical Professor of Psychiatry, Upstate Medical University

2000-Life          Meredith Professor for Teaching Excellence, Syracuse University

1986 to 1997       Associate Professor of Psychology

1980 to 1986       Assistant Professor of Psychology
                   Syracuse University

1978 to 1980       Supervisor and Psychologist, Community Services
                   Southgate Regional Center for Developmental Disabilities, Michigan

1974 to 1978       Psychologist Trainee, Hawthorn Center
                   Psychiatric Hospital, Northville, Michigan

1974 to 1976       Psychology Intern, Institute for the Study of Mental Retardation and
                   Related Disabilities, University of Michigan.

1973    Teacher of Social Studies & Psychology, New Trier West High School, Illinois

**Honors and Awards**

Meredith Professor for Teaching Excellence (2000-Present)

National Panhellenic Council, Teacher of the Year (April 2002)

American Society of Engineering Education Research Fellow (1985-1992)

United States Navy Citation of Merit (1990 &1991)

Chancellor's Citation for Teaching (1984)

Lilly Fellowship (1983), Competitive award for Teaching innovations

Evans Scholar (1969-1973), Competitive 4 year tuition + room scholarship

James Scholar (1969-1973)

Illinois State Scholarship (1969-1973)

**Membership in Professional and Learned Societies**

American Psychological Association (Div. 16)
National Association of School Psychologists
International Academy for Research on Learning Disabilities
Learning Disabilities Association
New York Association of School Psychologists

**Other Professional Experiences**

Reviewer (ad hoc):

Archives of Clinical Neuropsychology
Journal of Consulting and Clinical Psychology
Journal of School Psychology
School Psychology Review

1992-1997    Member, Editorial Board, School Psychology
Quarterly

1994-1999    Member, Editorial Board, Developmental Neuropsychology

1998-2005     Member, Editorial Board, <u>Journal of Learning Disabilities</u>

1994-Present   Member, Editorial Board, <u>Journal of Psychoeducational Assessment</u>

2000-Present   Member, Editorial Board, <u>ADHD Report</u>

2004-Present   Member Editorial Board, <u>Journal of Attention Disorders</u>

Licensed in state of New York to practice psychology #7796-1

Nationally Certified School Psychologist  1995 (#19777)

Member, Advisory Board, <u>Learning Disabilities Association of Central New York</u>

Consultant:     National Board of Medical Examiners
                Boards of Law Examiners: New York, Texas, Colorado, Delaware
                Pennsylvania, Minnesota, Missouri, Maryland, Massachusetts,
                Connecticut, Hawaii, North Carolina
                Law School Admission Council
                Association of College Testing
                Chartered Financial Analyst Institute
                Various school districts

## Funded Projects

| | |
|---|---|
| Syracuse University Senate Research Grant (1982) | $4,000 |
| Syracuse University Senate Research Grant (1987) | $6,900 |
| Lilly Endowment Post-Doctoral Teaching Award (1983) | $3,000 |
| March of Dimes grant with SUNY HSC | $20,000 |
| Office of Naval Research Equipment Funds (1985) | $5,000 |
| Office of Naval Research Equipment Funds (1988) | $1,000 |
| Office of Naval Research, through Naval Health | $50,000 |
|     Research Center (1990-1992) | |
| ASEE Research Fellowship | $62,000 |
| State University of New York Health Science Center | |
| (1993-1999) | $93,200 |
| Psychology of Children in Home & School project member | $50,000 |
| Hope Street Kids 2003-2004 with SUNY Upstate | $39,000 |
| Syracuse University 2003-4 Diversity Fund | $26,230 |
| Hendricks Foundation 2005-6 | $50,000 |
| Dean's Vision Fund (2010) | $ 8,500 |

4

## PUBLICATIONS

### Journal Articles

Gordon, M., Antshel, K., & Lewandowski, L. (2011). Predictors of treatment outcome in a child and adolescent psychiatry clinic: A naturalistic exploration. *Children and Youth Services Review.*

Lovett, B. J., Lewandowski, L., Berger, C., Gathje, R., & Cohen, J. (2011). Effects of response mode and time allotment on the fluency and quality of university students' writing. *Journal of College Reading and Learning.*

Gordon, M., Antshel, K., & Lewandowski, L. (2010). The cost of collaboration: Predictors of hours spent in collateral contacts. *Psychiatric Services, 61 (5),* 440-442.

Gordon, M., Antshel, K., Seigers, D. & Lewandowski, L. (2010). Predictors of missed appointments over the course of child mental health treatment. *Psychiatric Services, 61 (7),* 657-659.

Lovett, B. J., Lewandowski, L. & Miller, L. A. (2010). Auditory processing disorder and ADHD: What's the relationship. *ADHD Report.18,* 7-11.

Lewandowski, L., Rieger, B., Smyth, J., Perry, L., & Gathje, R. (2009). Measuring post-concussion symptoms in adolescents: Feasibility of ecological momentary assessment. *Archives of Clinical Neuropsychology, 24,* 791-796.

Lewandowski, L. & Rieger, B. (2009). The role of a school psychologist in concussion. *Journal of Applied School Psychology, 25,* 95-110.

Gathje, R., Lewandowski, J., & Gordon, M. (2008). The role of impairment in the diagnosis of ADHD. *Journal of Attention Disorders, 11,* 529-537.

Arbolino, L., Lewandowski, L., & Eckert, T. (2008). School psychologists' perceptions of child abuse reporting and training. *Journal of Child & Adolescent Trauma, 1,* 233-248.

Lewandowski, L., Lovett, B. J., & Rogers, C. L. (2008). The effects of extended time on reading comprehension of high school students with and without learning disabilities. *Journal of Psychoeducational Assessment, 26,* 315-324.

Lewandowski, L., Lovett, B. J., Codding, R., & Gordon, M. (2008). Symptoms of ADHD and academic concerns in college students with and without ADHD diagnoses. *Journal of Attention Disorders, 12,* 156-161.

Lewandowski, L., Lovett, B. J., Gordon, M. & Antshel, K. (2007). The case for clinical

5

impairment in DSM-V criteria for ADHD. *ADHD Report.*

Martens, B. K., Eckert, T. E., Begeny, J. C., Lewandowski, L. J., DiGennaro, F., D., Montarello, S.A. et al. (2007). Effects of a fluency-building program on the reading performance of low-achieving second and third grade students. *Journal of Behavioral Education.*

Barkley, R., Cunningham, C., Gordon, M., Faraone, S., Lewandowski, L. & Murphy, K. (2006). ADHD symptoms vs. impairment: Revisited, *ADHD Report*, 14, 1-8.

Gordon, M., Antshel, K., Faraone, S., Barkley, R., Lewandowski, L., Hudziak, J., Biederman, J., & Cunningham, C. (2006). *Symptoms versus impairment: The case for respecting DSM IV's Criterion D, 9*, 465-475.

Lewandowski, L., Lovett, B., Parolin, R., Gordon, M. & Codding, R. S. (2007). Extended time accommodations and the mathematics performance of students with and without ADHD. *Journal of Psychoeducational Assessment, 25,* 17-28.

Dubowy, R. L., Rieger, B. P., Songer, N. S., Kleinman, A. E., Lewandowski, L. J., Rogers, C. L. & Silber, J. M. (2006). Teaching teachers about childhood cancer: The effects of a web-based training program. *Journal of Pediatric Hematology and Oncology.*

Lovett, B. & Lewandowski, L. (2006). Gifted students with learning disabilities: Who are they? *Journal of Learning Disabilities*

Barkley, R. A., Cunningham, C. E., Gordon, M., Faraone, S. V., Lewandowski, L., & Murphy, K. R. (2006). ADHD symptoms vs. impairment: Revisited. *ADHD Report, 14,* 1-9.

Lewandowski, L., Rogers, C., & Begeny, J. (2006). Word recognition training: Computer versus tutor. *Reading and Writing Quarterly, 22,* 395-410.

Gordon, M., Antshel, K., Faraone, S. V., Barkley, R. A., Lewandowski, L., Hudziak, J. J., *et al.* (2005). Symptoms versus impairment: The case for respecting DSM IV Criterion D. *Journal of Attention Disorders, 9*, 465-475.

Kleinmann, A., Lewandowski, L., and Sheffield, R. Processing speed and ADHD. (2005). *ADHD Report, 13,* 6-14.

Codding, R., Lewandowski, L. & Eckert, T. L. (2005). Comparing DSM IV types of ADHD across performance domains: A meta-analysis. *ADHD Report, 13, 9*-15.

Codding, R., Lewandowski, L., & Eckert, T. (2005). Examining the efficacy of performance feedback and goal setting interventions in children with ADHD: A comparison of two methods. *Journal of Evidence-Based Practices for Schools, 6,* 42-58.

6

Codding, R., & Lewandowski, L. (2003). Academic interventions for children with ADHD: A review of current options. *ADHD Report, 11,* 8-11.

Lewandowski, L., Codding, R., Kleinmann, A., & Tucker, K. (2003). Assessment of reading rate in postsecondary students. *Journal of Psychoeducational Assessment, 21,* 134-144.

Codding, R., Lewandowski, L., & Gordon, M. (2002). Executive functions in boys with ADHD: One or many? *ADHD Report, 11,* 7-11.

Gordon, M., Lewandowski, L., Murphy, K. & Dempsey, K. (2002). ADA-based accommodations in higher education: A survey of clinicians about documentation requirements and diagnostic standards. *Journal of Learning Disabilities, 35,* 357-363.

Lewandowski, L. & Rentas Barlow, J. (2000). Social cognition and verbal learning disabilities. *Journal of Psychotherapy in Independent Practice, 1,* 35-47.

Lewandowski, L., Codding, R., Gordon, M., Marcoe, M., Needham, L., & Rentas, J. (2000). Self-reported symptoms of ADHD and LD in college students. *ADHD Report, 8,* 1-5.

Gordon, M., Lewandowski, L., & Keiser, S. (1999). The LD label for relatively well-functioning students: A critical analysis. *Journal of Learning Disabilities, 32,* 485-490.

Chafouleas, S., Lewandowski, L., Smith, C., & Blachman, B. (1997). Phonological awareness skills in children: Performance across tasks and ages. *Journal of Psychoeducational Assessment, 15,* 334-347.

Blumsack, J., Lewandowski, L., & Waterman, B. (1997). Neurodevelopmental precursors to learning disabilities. *Journal of Learning Disabilities, 30,* 271-279.

Montali, J. & Lewandowski, L. (1996). Bimodal reading: Benefits of a talking computer for unskilled readers. *Journal of Learning Disabilities, 29,* 271-279.

Kilpatrick, D. & Lewandowski, L. (1996). Validity of screening tests for learning disabilities: A comparison of three measures. *Journal of Psychoeducational Assessment, 14,* 41-53.

Houk, J. & Lewandowski, L. (1996). The effects of consultant verbal control on consultee outcomes. Journal of Psychological and Educational Consultation, 7, 107-118.

Lewandowski, L., Waterman, B. & Rathbone, E. (1995). Self-referencing effects on children's reading. *Perceptual and Motor Skills,* 80, 627-630.

Lewandowski, L. & Arcangelo, K. (1994). Social adjustment and self esteem of adults with learning disabilities. *Journal of Learning Disabilities, 27,* 598-605.

7

Waterman, B. & Lewandowski, L. (1994). Orthographic, semantic and phonologic processing of reading disabled and nondisabled subjects. *Perceptual and Motor Skills, 79*, 35-45.

Lane, S. & Lewandowski, L. (1994). Oral versus written compositions of students with and without learning disabilities. *Journal of Psychoeducational Assessment, 12*, 142-153.

Merrill, L., Lewandowski, L., Kobus, D., & Braun, D. (1994). Selective attention abilities of experienced sonar operators. *Perceptual and Motor Skills, 78*, 803-812.

Gottschalk, B., Richman, R. & Lewandowski, L. (1994). Subtle speech and motor deficits of children with congenital hypothyroid treated early. *Developmental Medicine and Child Neurology, 36*, 216-220.

Lewandowski, L. & Kobus, D. (1993). The effects of redundancy in bimodal word processing. *Human Performance, 6*, 229-239.

Waterman, B. & Lewandowski, L. (1993). Phonologic and semantic processing in reading disabled and nondisabled males at two age levels. *Journal of Experimental Child Psychology, 55*, 87-103.

Leavell, C. & Lewandowski, L. (1990). Neurolinguistic deficit and the left hemisphere in the reading disabled. *Developmental Neuropsychology, 6*, 319-337.

Lewandowski, L. & Martens, B.K. (1990). Selecting and evaluating standardized reading tests. *Journal of Reading, 33*, 384-388.

Michaels, C. & Lewandowski, L. (1990). Psychological adjustment and family functioning in learning disabled boys. *Journal of Learning Disabilities, 23*, 446-450.

Sussman, K.R. & Lewandowski, L. (1990). Left hemisphere dysfunction in autism: What are we measuring? *Archives of Clinical Neuropsychology. 5*, 137-146.

Martens, B.K., Lewandowski, L. & Houk, J.( 1989). A correlational analysis of verbal interactions during the consultative interview and subsequent consultee perceptions. *Professional Psychology: Research & Practice, 20*, 334-339.

Lewandowski, L. (1989). Higher brain functions in lower species. *Contemporary Psychology, 34*, 492.

Martens, B.K., Lewandowski, L. & Houk, J. (1989). The effects of entry information on the consultation process, *School Psychology Review, 18*, 225-234.

Arcangelo, K. and Lewandowski, L. J. (1989). Concurrent and discriminant validity of the Diagnostic Achievement Battery. *Journal of Psychoeducational Assessment, 7*, 46-55.

8

Lewandowski, L. & Kobus, D. (1989).  Bimodal processing in sonar performance.  *Human Performance, 2*, 73-84.

Giencke, S. & Lewandowski, L.  (1989).  Anomalous dominance in Down syndrome young adults.  *Cortex, 25*, 1-10.

Leavell, C. & Lewandowski, L. (1988).  Neuropsychology in the schools:  A survey report.  *School Psychology Review. 17*, 147-155.

Lewandowski, L. & Sussman, K. (1987).  Screening Assessment for Gifted Elementary Students:  A test review.  *The Reading Teacher, 41*, 712-716.

Williams, M.L., Lewandowski, L., Coplan, J. and D'Eugenio, D. (1987).  Neurodevelopmental outcome of children born preterm with and without intracranial hemorrhage.  *Developmental Medicine and Child Neurology, 29*, 243-249.

Lewandowski, L. (1986).  The Kaufman Test of Educational Achievement:  A Test Review.  Journal of Reading, 30, 258-261.

Lewandowski, L. (1986).  Adolescents with learning disabilities.  Paper Commissioned by the Canadian Government.

Kobus, D., Zino, T., Lewandowski, L., and Sturr, J. (1986).  Reading disability:  A hemispheric asymmetry information processing approach.  *Perceptual and Motor Skills, 63,* 583-591.

Lewandowski, L., and Kobus, D. (1986).  Perceptual asymmetries of learning disabled children.  *International Journal of Clinical Neuropsychology, 8*, 173-177.

Lewandowski, L. (1985).  Diagnostic Achievement Battery: Test review.  *The Reading Teacher, 39*, 306-309.

Lewandowski, L. (1985).  Clinical syndromes among the learning disabled.  *Journal of Learning Disabilities, 18*, 177-178.

Lewandowski, L. & Church, K.  (1986).  Word imageability and visual field asymmetries.  *Journal of Clinical and Experimental Neuropsychology, 7*, 636.

Lewandowski, L. & Kohlbrenner, R. (1985).  Lateralization of gifted children.  *Developmental Neuropsychology, 1*, (3), 277-282.

Lewandowski, L. & DeRienzo, P. (1985).  K-ABC and WISC-R performances of hemiplegic children.  *Journal of Psychoeducational Assessment, 3*, 215-221.

Lewandowski, L., Costenbader, V. and Richman, R. (1985). Neuropsychological aspects of Turner syndrome. *International Journal of Clinical Neuropsychology, 7*, 99-104.

Lewandowski, L. (1984). The symbol digit modalities test: a screening instrument for brain-damaged children. *Perceptual and Motor Skills, 59*, 615-618.

Lewandowski, L., Kobus, D.A., Church, K.L. and Van Orden, K. (1982). Neuropsychological implications of hand preference versus hand grip performance. *Perceptual and Motor Skills, 55*, 311-314.

Lewandowski, L. (1982). Hemispheric asymmetries in children. *Perceptual and Motor Skills, 54*, 1011-1019.

Lewandowski, L. (1979). The degree of hemispheric specialization in children with and without central nervous system dysfunction. University microfilms. Ann Arbor, Michigan.

Paluszny, M., Selzer, M., Vinocur, A., & Lewandowski, L. (1977). Twin relationships and depression. *American Journal of Psychiatry, 134*, 998-990.

### Books and Chapters

Lewandowski, L., Lovett, B., & Gordon, M. (2009). Measurement of symptom severity and impairment. In S. Goldstein & J. Naglieri (Eds.), *The measurement of clinical impairment in psychiateric diagnosis.*

Lovett, B., Gordon, M. & Lewandowski, L. (2009). Legal and ethical ramifications of considering impairment in clinical diagnosis. In S. Goldstein & J. Naglieri (Eds.), *The* measurement of clinical impairment in psychiatric diagnosis.

Lewandowski, L. & Lovett, B. (2007). Brain-behavior relationships. In R. D'Amato & L. Hartlage (Eds.) *Essentials of neuropsychological assessment: Treatment planning for rehabilitation,* 2nd Ed.. New York: Springer.

Lewandowski, L. (2005). What academic departments seek in new assistant professors. In B. Buskist & B. Beins (Eds.) *Preparing the new psychology professoriate.*

Lewandowski, L. (2005). The School Neuropsychology of Genetic Disorders. In R. D'Amato, E. Fletcher-Janzen & C. Reynolds (Eds.) *The handbook of school neuropsychology.* Hoboken, NJ: John Wiley & Sons.

Lewandowski, L. & Barlow, J. (2002). Neuropsychological assessment. In J. Carlson and B. Waterman (Eds.), *Psychological assessment of the school-age child.* Boston: Allyn & Bacon.

Cruickshank, M., Lewandowski, L., Opp, G., and Rosenberger, P. (In preparation). *Learning disabilities: An historical perspective.*

Lewandowski, L. (1991). Neuropsychological assessment: Case studies. In J. Obrzut & G. Hynd (Eds.), *Advances in the neuropsychology of learning disabilities: Issues, method and practice.* San Diego: Academic Press.

Lewandowski, L. (1987). Personality. In D. Lohrman and J. Ford (eds.) *Mental Wellness,* Bellweather Press.

Lewandowski, L. (1987). Brain-behavior relationships. In L. Hartlage (Ed.) *Essentials of Neuropsychological Assessment.* New York: Springer.

Lewandowski, L. and Cohen, B., (1986). Neurological bases of youth violence. In S. Apter and A. Goldstein (eds.) *Youth Violence: Programs and Prospects*, Pergamon Press.

Lewandowski, L. (1984). *Neuropsychology: The study of human brain function.* Syracuse University.

Lewandowski, L. & Cruickshank, W. M. (1979). The psychological development of crippled children and youth. In Cruickshank (ed.) *The psychology of exceptional children,* (4th ed.) Englewood Cliffs, New Jersey: Prentice-Hall Co.

Cruickshank, W.M. & Lewandowski, L. (1979). Physical handicaps. In W. Morse (ed.), *Humanistic teaching for exceptional children.* Syracuse: Syracuse University Press.

Cruickshank, W.M. & Lewandowski, L. (1979). Cerebral Palsy. In W. Morse (Ed.), *Humanistic teaching for exceptional children.* Syracuse: Syracuse University Press.

Lewandowski, L. & Lynch, K. (1977) Community assessment training package: An instructional workbook. University of Michigan, Ann Arbor, Michigan. U.S. Grant #44p25546501.

## Technical Reports

Kobus, D. & Lewandowski, L. (1993). Sonar operators perceptions of job aspects and functions. Technical Report, Naval Health Research Center, San Diego, CA.

Merrill, L. L., Lewandowski, L., Kobus, D., & Braun, D. (1992). Selective attention abilities of experienced sonar operators. Technical Report 92-38, Naval Health Research Center, San Diego, CA.

Lewandowski, L., & Kobus, D.A. (1991). Modality preferences of sonar operators. Technical Report 90-15, Naval Health Research Center, San Diego, CA.

Lewandowski, L., Kobus, D.A., & Flood, M.M. (1989).  Bimodal word processing of sonar operators.  Technical Report, #89-44, Naval Health Research Center, San Diego, CA.

Lewandowski, L. J. Kobus, D.A., Flood, M.M. & Hoyer, W. J. (1988).  The effects of age and experience on sonar performance.  Technical Report # 88-29, Naval Health Research Center, San Diego, CA.

Kobus, D., Lewandowski, L. & Flood, M. (1987).  Cognitive and personality characteristics of sonar operators.  Technical Report #52-87 Naval Health Research Center, San Diego, CA.

Lewandowski, L. & Kobus, D. (1986).  Bimodal information processing in a sonar task.  Technical Report #1075.  Naval Submarine Medical Research Laboratory, Groton, Ct.

Lewandowski, L., Hursh, S.B., & Kobus, D.A. (1985).  Multimodal versus unimodal information processing of words.  Technical Report #1056 Naval Medical Research Laboratory Report, Groton, Ct.

Lewandowski, L. & Kobus, D.A. (1985).  The effects of bimodal presentation of stimuli and noise on target detection.  Technical Report #1058 Naval Medical Research Laboratory Report, Groton, Ct.

## Submitted

Lewandowski, L., Hendricks, K., & Gordon, M. (in review). Test-Taking Skills of College Students with ADHD, *Journal of Attention Disorders.*

Berger, C. & Lewandowski, L. (in review). Handwritten versus computerized essay performance of students with and without learning disabilities. *Journal of Reading and Writing.*

Gathje, R. , Lewandowski, L., and Lovett, B. (in review). Test taking skills of college students with and without ADHD. *Journal of Psychoeducational Assessment.*

Reiger, B., Lewandowski, L., Callahan, J., Wojcik, S., Gathje, R., Truckenmiller, A. & Spenceley, L. (in review). Follow along study of students brought to emergency department with concussion. *Journal of Head Injury and Rehabilitation.*

Gordon, M., Antshel, K., & Lewandowski, L. (in review). Predictors of treatment outcome in a child and adolescent psychiatry clinic. *Psychiatry Research.*

Lewandowski, L., Cohen, J., & Lovett, B. (in review). The effects of extended time on reading comprehension for students with and without learning disabilities.

## In Preparation

12

Berger, C. & **Lewandowski, L.** (in preparation). Test taking skills in college students with and without learning disabilities.

**Lewandowski, L.** & Hendricks, K. (in preparation). Predictors of timed reading comprehension in college students.

**Lewandowski, L.**, Lovett, B., Panahon, C., & Lambert, T. (in preparation). A survey of college students' perceptions of test accommodations.

Lovett, B. & **Lewandowski, L.** (in preparation). Invited paper for Journal of Attention Disorders on the implications of the Department of Justice guidelines for the ADAAA.

Hendricks, K., **Lewandowski, L.** & Lovett, B. (2011). *Examining reading comprehension scores on high stakes tests.*

## Presentations

Hendricks, K., Lewandowski, L. & Lovett, B. (2011). *Examining reading comprehension scores on high stakes tests.* Poster presented at the National Association of School Psychologists conference, San Francisco, CA.

Berger, C. & **Lewandowski, L.** (2010). *Test taking skills and behaviors of students with learning disabilities.* Poster presented at the National Association of School Psychologists conference. Chicago, IL.

Cohen, J., **Lewandowski, L.**, & Lovett, B. (2010). *Effects of extended time on the reading comprehension performance of college students with and without learning disabilities.* Poster presented at the National Association of School Psychologists conference. Chicago, IL.

Hendricks, K., **Lewandowski, L.**, & Gordon, M. (2010). *Test Taking Skills and Behaviors for Students with and without ADHD.* Poster presented at the National Association of School Psychologists conference. Chicago, IL.

Spenceley, L., Truckenmiller, A., **Lewandowski, L.**, Rieger, B., Miller, L. & Callahan, J. (2010). *Recovery from Concussions in Children: Implications for School Psychologists.* Poster presented at the National Association of School Psychologists conference. Chicago, IL.

Antshel, K., Gordon, M., Lewandowski, L. (February, 2009). *Predictors of missed appointments over the course of child mental health treatment.* Poster presented at the RTC Children's Mental Health conference, Tampa, Fl.

Lovett, B., &, L. & Lewandowski, L. (October, 2009). *Why do you think you need extra time?* Poster presented at New York Association of School Psychologists conference, Rochester, NY.

Lewandowski, L., Gathje, R., & Gordon, M. (March, 2008). *Use of time and strategy on high stakes tests.* Poster presented at the National Association of School Psychologists conference. New Orleans, LA.

Lovett, B., Ells, L., & Lewandowski, L. (October, 2008). *Why do you think you need extra time?* Poster presented at New York Association of School Psychologists conference. Buffalo, NY.

Gordon, M., Antshel, K. & Lewandowski, L. (February, 2008). *Predictors of missed appointments over the course of child mental health treatment.* Poster presented at Children's Mental Health confernce. Tampa, FL.

Lewandowski, L. (March, 2007). *Is Extended Time a Valid Accommodation for Students with ADHD?* In B. Lovett (Chair), *Test Accommodations: Theory to Practice.* Symposium conducted at the national Association of School Psychologists conference. New York, NY.

Berger, C. L., Lewandowski, L., Lovett, B. J., and Gathje, R. A. (March, 2007). *Timing and Response Mode Accommodations in the Assessment of Writing.* Poster presented at the National Association of School Psychologists conference. New York, NY.

Lewandowski, L. & Sheffield, R. (October, 2006). Symptoms vs. impairment: Importance of both in ADHD diagnosis. Paper presented at New York Association of School Psychologists conference. Syracuse, NY.

Lewandowski, L., Parolin, R. & Codding, R. S. (March, 2006). *Effects of extended time on math performance of students with ADHD.* Poster presented at the National Association of School Psychologists convention, Anaheim, CA.

Lewandowski, L. & Sheffield, R. *Symtomatic versus impaired: Which is more important in ADHD diagnosis.* Poster presented at the National Association of School Psychologists convention, Anaheim, CA.

Begeny, J., C., DiGennaro, F. D., Montarello, S. A., Arbolino, L. A., Martens, B. K., Eckert, T. L., Lewandowski, L. J., & Fiese, B. K. (July, 2006). *Relationships between commonly used reading measures and suggestions for reducing the amount of time needed to screen for reading difficulties.* Poster accepted at the International Society for the Study of Behavioral Development Biennial Conference, Melbourne, Australia.

Lewandowski, L. (July, 2005). *Concussion in the classroom.* Paper presented at the International School Psychology Association conference, Athens, Greece.

Rogers, C. & Lewandowski, L. (2005, March). *Concussion in the schools: An informative guide for school personnel.* Paper presented at the National Association of School Psychologists convention, Atlanta, GA.

Lovett, B. & Lewandowski, L. (2005, March). *The gifted/LD child: Controversy and consensus.* Poster presented at the National Association of School Psychologists convention, Atlanta, GA.

Eckert, T. L., Arbolino, L. A., Begeny, J. C., DiGennaro, F. D., Montarello, S.A., Martens, B. K., Lewandowski, L. J., & Fiese, B. H. (2004, July). *Improving the oral reading fluency skills of elementary-aged students.* Poster presented at the Annual Convention of the American Psychological Association, Honolulu, Hawaii.

Eckert, T. L., Montarello, S. A., DiGennaro, F. D., Arbolino, L. A., Begeny, J. C., Martens, B. K., Lewandowski, L. J., & Fiese, B. (2004, July). *Examining the endurance of oral reading fluency skills among elementary-aged students.* Poster presented at the Annual Convention of the American Psychological Association, Honolulu, Hawaii.

Kleinmann, A. & Lewandowski, L. (August, 2003). *The relation of processing speed to reading performance in college students.* Poster presented at National Association of School Psychologists Convention, Toronto, Canada.

Arbolino, L., Lewandowski, L., & Eckert, T. (August, 2003). *School psychologists' perceptions of child abuse reporting and training.* Poster presented at National Association of School Psychologists Convention, Toronto, Canada.

Lewandowski, L, Begeny, J., & Rogers, C. (August, 2003). Comparison of human versus computer assisted reading interventions. Poster presented at American Psychological Association Convention, Toronto, Canada.

Lewandowski, L., Codding, R., Kleinmann, A., & Tucker, K. (April, 2002). *Assessment of reading rate in post-secondary students.* Poster presented at National Association of School Psychologists Convention, Chicago, IL.

Lewandowski, L., Codding, R., & Carson, P. (April, 2002). *Using a computer intervention to improve math performances of children with ADHD.* Paper presented at the National Association of School Psychologists Convention, Chicago, IL.

Marcoe, M. & Lewandowski, L. (March, 2001). *Teacher perceptions of academic and behavioral intervention.* Poster presented at National Association of School Psychologists Convention, Washington, DC.

Eckert, T.L., Lewandowski, L., & Dunn, E.K. (March, 2000). *Emerging perspectives in school psychology: A national survey of school psychologists perceptions and training.* Poster

presented at the National Association of School Psychologists Convention, New Orleans, LA.

LaSalle, A.N., Lewandowski, L., & Rentas, J. (March, 2000). *Effects of computerized reading interventions for below average readers.* Poster presented at the National Association of School Psychologists Convention, New Orleans, LA.

Rentas, J. & Lewandowski, L. (March, 2000). *School-related outcomes of preterm infants at ten years of age.* Paper presented at the National Association of School Psychologists Convention, New Orleans, LA.

Lewandowski, L. (August, 2000). Stress in class. In R. Gurung (Chair) Live from Washington, DC it's Sunday afternoon: *Active learning demonstrations.* Symposium conducted at the American Psychological Association Convention, Washington, DC.

Barlow, J. & Lewandowski, L. (August, 2000). *Ten-year longitudinal study of preterm infants: Outcomes and predictors.* Poster presented at the American Psychological Association Convention, Washington, DC.

Lewandowski, L. (August, 1999). Social cognition and verbal learning disabilities. In M. E. Semrud-Clikeman, (Chair) *Social Competence in Learning and Impulsive Behavior Disorders.* Symposium conducted at the American Psychological Association Convention, Boston, MA.

Roberts, R & Lewandowski, L. (April, 1999). *Talking to your computer: An intervention for students with writing disabilities.* Paper presented at the National Association of School Psychologists Convention, Las Vegas.

Rathbone, E. & Lewandowski L. (April, 1998). *Working memory and reading disabilities.* Poster presented at the National Association of School Psychologists Convention, Orlando.

Lewandowski, L. (October, 1998). *Computer interventions for students with learning disabilities.* Paper presented at the New York Association of School Psychologists Conference, Syracuse, NY.

Lewandowski, L. (1998). *Neuropsychological assessment.* Invited paper at the SUNY Oswego School Psychology Spring Conference. Oswego, NY.

Lewandowski, L. (1998). *Learning disability and Co-existing conditions.* Invited talk at the state conference for Exceptional Family Resources, Syracuse, NY.

Lewandowski, L. (August, 1998). *Neuropsychological assessment and treatment of dyslexia.* Paper presented at the American Psychological Association Convention, Chicago.

16

Montali, J. & Lewandowski, L. (1997). *Improving memory in children with reading disabilities through the use of computers.* Poster presented at the National Association of School Psychologists Convention, Anaheim.

Monachino, S., Lewandowski, L. & Smith, C. (1996). *The development of phonologic awareness in primary-aged children.* Poster presented at the National Association of School Psychologists Convention, Atlanta.

Steele, E., Lewandowski, L. & Rusling, E. (1996). *Effects of computerized text reading on poor readers.* Poster presented at the National Association of School Psychologists Convention, Atlanta.

Lewandowski, L. (1996). *The cutting edge: Interventions for students with learning disabilities.* Invited address for CNY Learning Disabilities Association, Syracuse.

Kobus, D. & Lewandowski, L. (1995). *Effects of bimodal word presentation childrens' recall.* Poster presented at the American Psychological Society convention, New York.

Lewandowski, L. (1995). *Neurodevelopmental aspects of reading disabilities.* Keynote address for Learning Disabilities Association of New York, Syracuse, NY.

Montali, J. & Lewandowski, L. (1994). *Bimodal reading: Benefits of a talking computer for unskilled readers.* Poster presented at the New York Association of School Psychologists (NYASP) conference, Buffalo, NY.

Blumsack, J. & Lewandowski, L. (1994). *Neurodevelopmental precursors of learning disabilities.* Poster presented at the National Association of School Psychologists (NASP) Convention, Seattle, WA.

Lane, S. & Lewandowski, L. (1994). *Improving compositions for students with and without learning disabilities using macrostructure planning.* Paper presented at the National Association of School Psychologists Convention, Seattle, WA.

Kobus, D., Lewandowski, L. & Hasbrooke, R. (1993). *Bimodal facilitation in a threshold task.* Poster presented at the American Psychological Society Convention, Chicago, IL.

Merrill, P., Lewandowski, L. & Braun, D. (1993). *Results of the Stroop task with sonar operators.* Poster presented at the American Psychological Association (APA) Convention, Toronto, Ontario, Canada.

Lewandowski, L. & Montali, J. (1992). *Writing disability: The least most common learning disability.* Paper presented at the National Association of School Psychologists Convention, Memphis, TN.

Houk, J. & Lewandowski, L. (1992). *Effects of status and verbal control on consultee perceptions.* Paper presented at the National Association of School Psychologists Convention, Memphis, TN.

Lewandowski, L. (1990). *Bimodal word processing.* Paper presented at the National Association of School Psychologists Convention, San Francisco, CA.

Leavell, C. & Lewandowski, L. (1989). *Neurolinguistic deficits of reading disabled boys.* Poster presented at the International Neuropsychological Society Convention, Vancouver, British Columbia, Canada.

Houk, J., Martens, B.K., & Lewandowski, L. (1989). *Process variables affecting consultee perceptions of consultation.* Paper presented at the National Association of School Psychologists Convention, Boston, MA.

Lewandowski, L. (1989). Neuropsychology of reading disability. In L. Lewandowski (Chair), *Reading disability from brain to behavior.* Symposium conducted at the National Association of School Psychologists Convention, Boston, MA.

Lewandowski, L. (1989). Bimodal processing of sonar operators. In T. Doll (Chair), *Bimodal information processing.* Symposium conducted at the American Psychological Association Convention, New Orleans, LA.

Michaels, C. & Lewandowski, L. (1988). *Psychological adjustment and family functioning in learning disabled boys.* Poster presented at the National Association of School Psychologists Convention, Chicago, IL.

Lewandowski, L., Kobus D., Flood, M.M., & Hoyer, W. (1988). *The effects of age and experience on sonar performance.* Poster presented at the American Psychological Association Convention, Atlanta, GA.

Leavell, C. & Lewandowski, L. (1987). *Neuropsychology in the schools:* A survey report. Poster presented at the National Association of School Psychologists Convention, New Orleans, LA.

Lewandowski, L. (1987). Neuropsychological treatment in the schools. In C. Telzrow (Chair), *Neuropsychology: Implications for school psychology.* Symposium conducted at the American Psychological Association Convention, New York, NY.

Lewandowski, L. & Church, K. (1986). *Word imageability and visual field asymmetries.* Poster presented at the International Neuropsychological Society Convention, Denver, CO.

Lewandowski, L. (1986). Neuropsychological assessment. In L. Lewandowski (Chair), *Children with chronic and acquired brain dysfunction.* Symposium conducted at the National Association of School Psychologists Convention, Hollywood, FL.

18

Kobus, D. & Lewandowski, L. (1986). *Bimodal processing of sonar operators.* Paper presented at the American Psychological Association Convention, Washington, D.C.

Giencke, S. & Lewandowski, L. (1986). *Anomalous dominance in Down syndrome.* Poster presented at the American Psychological Association Convention, Washington, D.C.

Kobus, D.A., Lewandowski, L., Zino, T., & Sturr, J. (1985). *Reading disability: A hemispheric asymmetry-information processing approach.* Poster presented at the International Neuropsychological Society Convention, San Diego, CA.

Lewandowski, L. (1985). *Neurodevelopmental outcome of children born preterm with brain hemorrhage.* Paper presented at the National Association of School Psychologists Convention, Las Vegas, NV.

Hursh, S. & Lewandowski, L. (1985). *Simultaneous visual-auditory processing: Are two modes better than one?* Paper presented at the National Association of School Psychologists Convention, Las Vegas, NV.

Lewandowski, L. (1985). *Syndromes among the learning disabled.* Paper presented at the American Psychological Association Convention, Los Angeles, CA.

Lewandowski, L. & Kobus, D. (1985). *Perceptual asymmetries of learning disabled children.* Poster presented at the National Academy of Neuropsychologists Convention, Philadelphia, PA.

Lewandowski, L. & Costenbader, V. (1984). *Neuropsychological aspects of Turner Syndrome.* Paper presented at the American Psychological Association Convention, Toronto, Ontario, Canada.

Lewandowski, L. & DeRienzo, P. (1984). *Differential cognitive test patterns in children with early lateralized brain damage.* Paper presented at the American Psychological Association Convention, Toronto, Ontario, Canada.

Lewandowski, L. & Teeter, P.A. (1983). *Child neuropsychology: Scientific fact, neuromythology or what?* Paper presented at the National Association of School Psychologists Convention, Convention, Detroit, MI.

Lewandowski, L. (1983). *Neuropsychological consultation.* Paper presented at the National Association of School Psychologists Convention, Detroit, MI.

Kohlbrenner, R. & Lewandowski, L. (1982). *Hemispheric specialization in gifted children.* Paper presented at the National Association of School Psychologists Convention, Toronto, Ontario, Canada.

Lewandowski, L. (1982). Neuropsychological research. In P. A. Teeter (Chair), *Neuropsychological theory, practice, and research for the school psychologists.* Symposium conducted at the National Association of School Psychologists Convention, Toronto, Ontario, Canada.

Lewandowski, L. & Hiltonsmith, R. (1981). *School psychology: A training model.* Paper presented at the National Association of School Psychologists Convention, Houston, TX.

Lewandowski, L. (1981). *Neuropsychological practices with the developmentally disabled.* Paper presented at the National Association of School Psychologists Convention, Houston, TX.

## Invited Talks and Workshops

1983 - State of New York workshops on the Kaufman Assessment Battery for Children

1983 to1986 - Staff development workshops for SETRIC

1984 - Syracuse City Schools workshop on the K-ABC

1985 - Syracuse City Schools workshop on Learning Styles

1985 - Invited paper at Naval Submarine Medical Research Lab

1986 - Keynote address Westhill Schools faculty conference

1986 - Mohawk Valley LDA Conference speaker

1986 to 1991 - Staff development workshops for BOCES 1

1986 - Invited paper at Naval Health Research Center

1987 - Workshop for Greater Rochester Association of School Psychologists

1989 - Invited Colloquium at San Diego State University

1989 - Keynote address at Superintendent Conference for Herkimer School System

1990 & 1993 - Invited speaker for Central New York LDA conference

1992 – Grand Rounds for Department of Pediatrics SUNY HSC

1994 – Invited speaker at SUNY Oswego spring conference

1995 – Workshop for Project HELPS on Learning Disabilities

1996 – Invited speaker for LDACNY conference

1997 – Workshop for Project HELPS on Social-emotional issues in learning disabilities

1997    – Invited speaker for Syracuse City School District

2000 – Presentation on teaching technology to Syracuse University Board of Trustees

2000– Invited talk for National Board of Medical Examiners

2002– Invited speaker, National Conference of Bar Examiners, Chicago

2004 – Invited speaker, SUNY Oswego Psychology Conference

2004 – Invited Speaker, national Conference of Bar Examiners, New Orleans

2004 – Invited Workshop, Law School Admissions Council, Chicago

2004 – Association of Bar Administrators, Denver

2005 – National Health Service, Worcester, England; Invited workshop

2006 – De Combinatie Jeugdzorg – Eindhoven, Netherlands`

2007 – Upstate Medical University, Department of Psychiatry

2008 -  Upstate Medical University, Department of Psychiatry

2009 -  National Conference of Bar Examiners, Austin, TX

2010 -  The New School, Edinburgh, Scotland

**Professional Service**

University
2006-2011       University Senate
2011-presnet    Faculty Council
2003-2004       Meredith Teaching Recognition, Chair
2003-2005       Wasserstrom Prize Committee
2001-present    Gateway faculty member
2000-present    Meredith faculty group
2001-2002       SOE Dean Search Committee
1999-2004       Outstanding TA Committee
1996-2004       Liaison to Future Professoriate Program

| 1998-2001 | Fellowship Committee (Chair 2003-4) |
| 1987-present | Syracuse University Project Advance |
| 1983-present | Health Professions Advisory Program |
| 1994-1998 | Institutional Review Board |
| 1985-1988 | Senate Committee on Instruction |
| 2002-2011 | Senate Committee on Instruction |
| 1988 | Promotion and Tenure Committee (SOE) |

<u>Department</u>

| 2002-2006 | Graduate Student Ombudsman |
| 2002 | Teaching Mentorship Committee |
| 2001-2003 | Professional Development Committee |
| 1997-1998 | TULIP committee |
| 1990-1997 | Area Directors Committee |
| 1992-1998 | Chair, Computer Committee |
| 1994-1997 | Executive Committee |
| 2007-2011 | Executive Committee |
| 1998-present | Clinical Director, School Psychology |
| 1990-1997 | Training Director, School Psychology |
| 1992-1993 | Rewards Committee |
| 1984-1987 | Psychology Dept. Steering Committee |
| 1985-1987 | Chair, Scholarship Committee (SOE) |
| 1983-1985 | Chair, Colloquium Committee (Psych) |
| 1981-present | Numerous search and peer review committees |

**Outside of University**

Planning Committee, New York Association of School Psychologists conference 2006
Board of Directors, Jamesville-DeWitt Sports Booster Club, 2003-4
President, Jamesville-DeWitt Sports Booster Club, 2002-3
Advisory Board Member LDACNY, 1999-present
President, Board of Directors, LDACNY, 1997-1998
Board of Directors LDACNY, 1995-1998
Nominated for VP of APA Division 16
Chair, Social Relations Committee APA Division 16 - 2 years
Probono lectures to local schools and organizations
Probono clinical services in community
United Way Captain - 4 years; Campus chairman 1992
Consultant to local school districts
APA 1994 Convention Committee for Division 16

# References

Dr. Brian Martens                    Dr. Brian Rieger
Syracuse University                  Upstate Medical University
315-443-3835                         315-464-2335

22

Dr. Michael Gordon
Upstate Medical University
315-430-4617

Dr. Russell Barkley
Private Practice
843-670-6127

Dr. Tanya Eckert
Syracuse University
315-443-3141

Dr. David Kobus
Pacific Engineering
619-889-1724