UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 18 2012
```

---

RR, A MINOR, BY AND
THROUGH HER PARENTS,
BMR AND KR
        Plaintiff

v.

ACT, INC.
        Defendant

Civ. No. **12-CIV-0314**

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)**

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant ACT, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own attorneys' fees and costs.

ATTORNEY FOR PLAINTIFF

_/s/ Charles Weiner_
Charles Weiner
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Telephone: (267) 685-6311

ATTORNEY FOR DEFENDANT

_/s/ Robert A. Burgoyne_
Robert A. Burgoyne
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-0200

**SO ORDERED:**

_/s/ J. Paul Oetken_
J. PAUL OETKEN     6/18/12
U.S.D.J.